# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138427

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COREY JAMES BRADLEY,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138427
COA: 289130
Chippewa CC: 08-008741-FH

_____/

On order of the Court, the application for leave to appeal the January 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009 _____

_____
Clerk